# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No.: | CV 17-06656-AB (FFMx) |
| Title: | Mark Pedante v. Ford Motor Company et al |
| Date: | November 7, 2019 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bryan Altman | Spencer Peter Hugret |
| Radomir Roger Kirnos | Frank P Kelly, III |
| Russell W Higgins | Samantha Burnett |
| Stephanie Michelle Taft | Andrew Chang |
| Zachary Powell | Amir Nassihi |

\_\_\_ Day Court Trial     3rd Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    √ Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits Identified    √ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to    Tuesday, November 12, 2019 at 2:00 pm    for further trial/further jury deliberation.
\_\_\_ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | 6 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | CB | | |

cc: