UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No.: CV 17-06656-AB (FFMx) | Date: November 12, 2019 |
| Title: Mark Pedante v. Ford Motor Company et al | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bryan Altman | Spencer Peter Hugret |
| Radomir Roger Kirnos | Frank P Kelly, III |
| Russell W Higgins | Samantha Burnett |
| Stephanie Michelle Taft | Andrew Chang |
| Zachary Powell | |

\_\_\_ Day Court Trial   4th Day Jury Trial

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   √ Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
√ Witnesses called, sworn and testified.   √ Exhibits Identified   √ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   Defendant(s) rest.
\_\_\_ Closing arguments made by   plaintiff(s)   defendant(s).   Court instructs jury.
\_\_\_ Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   plaintiff(s)   defendant(s) is read and filed.
\_\_\_ Jury polled.   Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions.
\_\_\_ Judgment by Court for   plaintiff(s)   defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   plaintiff(s)   defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by
\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to   Wednesday, November 13, 2019 at 9:00 am   for further trial/further jury deliberation.
\_\_\_ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|   |   |   |
|---|---|---|
|   | 2 | 30 |
| Initials of Deputy Clerk | CB | |

cc: