UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| Case No.: | CV 17-06656-AB (FFMx) | Date: | November 13, 2019 |
|---|---|---|---|
| Title: | Mark Pedante v. Ford Motor Company et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bryan Altman | Spencer Peter Hugret |
| Radomir Roger Kirnos | Frank P Kelly, III |
| Russell W Higgins | Samantha Burnett |
| Stephanie Michelle Taft | Andrew Chang |
| Zachary Powell | |

____ Day Court Trial    5th Day Jury Trial

____ One day trial;  ____ Begun (1st day);  √ Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
√ Witnesses called, sworn and testified.  √ Exhibits Identified  √ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s).  ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to   Thursday, November 14, 2019 at 9:00 am   for further trial/further jury deliberation.
____ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|   |   |   |
|---|---|---|
|   | 5 | 40 |
| Initials of Deputy Clerk | CB |   |

cc: