**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

**THE ALTMAN LAW GROUP**
Bryan Altman (SBN 122976)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone:(310) 277-8481
Facsimile: (310) 277-8483

Attorneys for Plaintiff
MARK PEDANTE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | CV 17-06656-AB (FFMx)<br><br>**Case No.: 2:18:-ML-02814-AB-FFM**<br><br>**JOINT JUDGMENT ON JURY VERDICT**<br><br>Trial Date: November 5, 2019<br><br>Judge: Hon. Andre Birotte, Jr.<br>Courtroom: 7B<br><br>**SEE CHANGES.** |
| **THIS DOCUMENT RELATES ONLY TO:**<br><br>*Pedante, Mark v. Ford Motor Company, et. Al., 2:17-cv-06656-AB-FFM* | |

**JOINT [~~PROPOSED~~] JUDGMENT ON JURY VERDICT**

Based on the Jury Verdict entered on November 14, 2019 and on prior proceedings, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Defendant Ford Motor Company as to Plaintiff Mark Pedante's claims for Breach of Implied Warranty –Violation of Song-Beverly Act, Fraudulent Inducement–Concealment, Fraudulent Inducement–Intentional Misrepresentation, and Fraudulent Inducement–Negligent Misrepresentation, and each of these claims is dismissed with prejudice.
2. Judgment is entered in favor of Plaintiff Mark Pedante on his claim for Breach of Express Warranty – Violation of Song-Beverly Act. Plaintiff shall recover from Defendant Ford Motor Company, the amount of $21,721.69 in stipulated damages and $43,443.38 in civil penalties, for a total judgment of $65,165.07 with post-judgment interest thereon at the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of the entry of the judgment, which at the time of entry of judgment is 1.5% per annum.
3. Plaintiff Mark Pedante shall surrender his 2013 Ford Focus vehicle to Defendant Ford Motor Company at a date and time to be arranged by the parties.

All issues involving fees, costs, expenses and prejudgment interest shall be resolved in post-verdict proceedings.

**IT IS SO ORDERED. JUDGMENT IS DEEMED ENTERED AS OF THE DATE SET FORTH BELOW.**

Dated: 12/2/2019

Honorable Andre Birotte, Jr.
United States District Court
Central District of California